UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMES LAM, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-CV-111 JAR |
| ) | |
| RALPH E. FINN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This closed matter is again before the Court upon motions filed by self-represented Plaintiff James Lam, III. Plaintiff seeks appointment of counsel and injunctive relief. *See* ECF Nos. 24-25. The Court dismissed this 42 U.S.C. § 1983 civil rights action over two-and-a-half years ago under Local Rule 2.06(B) and Federal Rule of Civil Procedure 41(b), after self-represented Plaintiff failed to provide the Court with his new address or respond to the Court's Show Cause Order. *See* ECF Nos. 17-18. Plaintiff did not file an appeal of the dismissal. Recently, the Court denied Plaintiff's motion to reopen the case. *See* ECF Nos. 22-23. As this is a closed matter, Plaintiff has no need for appointment of counsel to help him proceed with his claims. Furthermore, as to Plaintiff's motion seeking a Court order directing a prison investigator to turn over his legal mail (see ECF No. 25 at 2), such relief would not be appropriately considered or granted in this closed matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel [ECF No. 24] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for injunction [ECF No. 25] is **DENIED.**

Dated this 3rd day of October, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE